UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEICHENG ZHENG,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WILLIAM BARR, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-07912-JCS<br><br>**ORDER GRANTING MOTION TO REMAND FOR ADMINISTRATIVE PROCEEDINGS**<br><br>Re: Dkt. No. 16 |

For the reasons stated in Defendants' motion to remand (dkt. 16), and in light of Plaintiff Weicheng Zheng's failure to file an opposition brief within the time allowed to do so, the motion is GRANTED, and the matter is REMANDED to United States Citizenship and Immigration Services ("USCIS") to adjudicate Weicheng Zheng's naturalization petition. USCIS shall take any and all necessary actions, schedule an interview no later than October 30, 2020, and issue a decision on Weicheng Zheng's application for naturalization within sixty days after that interview. The hearing noticed for September 11, 2020 is VACATED.

All proceedings in this Court are STAYED pending further order of the Court. A case management conference will occur on January 29, 2021 at 2:00 PM, and the parties shall file a joint case management statement no later than January 22, 2021. If USCIS grants Weicheng Zheng's application for naturalization before that date, any party may move to dismiss this action.[1]

**IT IS SO ORDERED.**

Dated: August 31, 2020

JOSEPH C. SPERO
Chief Magistrate Judge

---

[1] The parties have consented to the jurisdiction of the undersigned magistrate judge for all purposes pursuant to 28 U.S.C. § 636(c).